1  FELIPA R. RICHLAND, SBN 112458
   **RICHLAND & ASSOCIATES**
2  2625 TOWNSGATE ROAD, SUITE 330
   WESTLAKE VILLAGE, CALIFORNIA 91361
3  TEL: (805) 267-1178 │ FAX: (805) 267-1101
   *felipa@richlandlaw.net*
4

5  Attorney for Plaintiff, FREDERICK McSWEENEY

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| FREDERICK F. McSWEENEY,<br><br>              Plaintiff,<br><br>vs.<br><br>**YGRENE ENERGY FUND, INC.**; a Delaware Corporation; **YGRENE ENERGY FUND CALIFORNIA, LLC**, a California Limited Liability Corporation; **RENEW FINANCIAL GROUP, Inc.**, a Delaware Corporation; **RENEW FINANCIAL GROUP, LLC**, a California Limited Liability Corporation; **RENEW FINANCIAL I, Inc.**, a Delaware Corporation; **RENEW FINANCIAL I, LLC**, a California Limited Liability Corporation; **RENEW FINANCIAL HOLDINGS, Inc.**, a Delaware Corporation; **RENEW FINANCIAL HOLDINGS, LLC** a California Limited Liability Corporation; **COUNTY OF LOS ANGELES,** a Public Entity; **REYNALDO ADONAY FRANCO,** an Individual *dba Franco Construction*; **HADDOW ALBERTO WEATHERBORNE**, an Individual *dba Weatherborne Construction,* and **DOES 1 through 20**, Inclusive,<br><br>              Defendants. | CASE NO. 2:19-cv-05509<br><br>**NOTICE OF SETTLEMENT** re **DEFENDANTS,**<br><br>1. **YGRENE ENERGY FUND, INC.**<br><br>2. **YGRENE ENERGY FUND CALIFORNIA, LLC**<br><br>JUDGE: Michael W. Fitzgerald<br><br>MAGISTRATE: Patrick J. Walsh |

TO:   THE HONORABLE COURT,

PLEASE TAKE NOTICE THAT Plaintiff and Defendants YGRENE ENERGY FUND, Inc. and YGRENE ENERGY FUND, hereby notify the court that the above-referenced matter has been settled as to all causes of action.

Due to the current difficulties concerning Coronavirus closures and limited government personnel assisting the public, the parties will need sixty (60) days to finalize settlement documents. Settlement terms require the assistance and input from HUD and at present it has been difficult to get the required information to finalize settlement documentation.

Accordingly, it is requested that the court retain jurisdiction of this matter until such time as a formal Dismissal is filed.

DATED: March 23, 2020                    Respectfully submitted,

RICHLAND & ASSOCIATES

_____
FELIPA R. RICHLAND, Attorney for
Plaintiff FREDERICK F. MCSWEENEY