FELIPA R. RICHLAND, SBN 112458
**RICHLAND & ASSOCIATES**
2625 TOWNSGATE ROAD, SUITE 330
WESTLAKE VILLAGE, CALIFORNIA 91361
TEL: (805) 267-1178 │ FAX: (805) 267-1101
*felipa@richlandlaw.net*

Attorney for Plaintiff, FREDERICK McSWEENEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK F. McSWEENEY,<br><br>                    Plaintiff,<br><br>vs.<br><br>**YGRENE ENERGY FUND, INC.**; a Delaware Corporation; **YGRENE ENERGY FUND CALIFORNIA, LLC**, a California Limited Liability Corporation; **RENEW FINANCIAL GROUP, Inc.**, a Delaware Corporation; **RENEW FINANCIAL GROUP, LLC**, a California Limited Liability Corporation; **RENEW FINANCIAL I, Inc.**, a Delaware Corporation; **RENEW FINANCIAL I, LLC**, a California Limited Liability Corporation; **RENEW FINANCIAL HOLDINGS, Inc.**, a Delaware Corporation; **RENEW FINANCIAL HOLDINGS, LLC** a California Limited Liability Corporation; **COUNTY OF LOS ANGELES,** a Public Entity; **REYNALDO ADONAY FRANCO,** an Individual *dba Franco Construction*; **HADDOW ALBERTO WEATHERBORNE**, an Individual *dba Weatherborne Construction,* and **DOES 1 through 20**, Inclusive,<br><br>                    Defendants. | CASE NO. 2:19-cv-05509<br><br>**RENEWED NOTICE OF SETTLEMENT** re **DEFENDANTS,**<br><br>1. **YGRENE ENERGY FUND, INC.**<br><br>2. **YGRENE ENERGY FUND CALIFORNIA, LLC**<br><br>JUDGE: Michael W. Fitzgerald<br><br>MAGISTRATE: Patrick J. Walsh |

TO: THE HONORABLE COURT,

PLEASE TAKE NOTICE THAT Plaintiff and Defendants YGRENE ENERGY FUND, Inc. and YGRENE ENERGY FUND, hereby notify the court that the above-referenced matter has been finally settled as to all causes of action and all issues.

The Settlement Agreement will be submitted to the court within 15 court days by the Guardian Ad Litem for court approval.

DATED: July 10, 2020                              Respectfully submitted,

                                                  RICHLAND & ASSOCIATES

                                                  _____
                                                  FELIPA R. RICHLAND, Attorney for
                                                  Plaintiff FREDERICK F. MCSWEENEY