1  FELIPA R. RICHLAND, SBN 112458
   **RICHLAND & ASSOCIATES**
2  2625 TOWNSGATE ROAD, SUITE 330
   WESTLAKE VILLAGE, CALIFORNIA 91361
3  TEL: (805) 267-1178 │ FAX: (805) 267-1101
   *felipa@richlandlaw.net*
4

5  Attorney for Plaintiff, FREDERICK McSWEENEY

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| FREDERICK F. McSWEENEY,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>**YGRENE ENERGY FUND, INC.**; a Delaware Corporation; **YGRENE ENERGY FUND CALIFORNIA, LLC**, a California Limited Liability Corporation; **RENEW FINANCIAL GROUP, Inc.**, a Delaware Corporation; **RENEW FINANCIAL GROUP, LLC,** a California Limited Liability Corporation; **RENEW FINANCIAL I, Inc.**, a Delaware Corporation; **RENEW FINANCIAL I, LLC**, a California Limited Liability Corporation; **RENEW FINANCIAL HOLDINGS, Inc.**, a Delaware Corporation; **RENEW FINANCIAL HOLDINGS, LLC** a California Limited Liability Corporation; **COUNTY OF LOS ANGELES,** a Public Entity; **REYNALDO ADONAY FRANCO,** an Individual *dba Franco Construction*; **HADDOW ALBERTO WEATHERBORNE**, an Individual *dba Weatherborne Construction,* and **DOES 1 through 20**, Inclusive,<br><br>　　　　　　　　Defendants. | CASE NO.  2:19-cv-05509 -MWF(PJW)<br><br>***NOTICE OF COMPLIANCE WITH SETTLEMENT TERMS* and REQUEST FOR DISMISSAL WITH PREJUDICE** *re Defendants*:<br><br>1. *YGRENE ENERGY FUND, INC.*<br><br>　and<br><br>2. *YGRENE ENERGY FUND CALIFORNIA, LLC.*<br><br>[L.R. 17-1.2] |

TO THE HONORABLE COURT,

PLEASE TAKE NOTICE THAT Defendants *YGRENE ENERGY FUND, INC.* and *YGRENE ENERGY FUND CALIFORNIA, LLC.* have fully complied with all terms of the settlement agreement and compromise of claim previously approved by the court.

Accordingly, and in compliance with L.R. 17-1.2, Plaintiff hereby requests the action be dismissed <u>with prejudice</u>, as to defendants:

    1.    *YGRENE ENERGY FUND, INC.*

        AND

    2.    *YGRENE ENERGY FUND CALIFORNIA, LLC*

DATED: December 31, 2020        Respectfully submitted,

RICHLAND & ASSOCIATES

_____
FELIPA R. RICHLAND, Attorney for Plaintiff FREDERICK F. MCSWEENEY

2