UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    2:19-cv-05509-MWF-PJW                                Dated: October 7, 2021

Title:    Frederick F. McSweeney v. Ygrene Energy Fund. Inc. et al

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                                          None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

   In light of the Notice of Settlement filed October 4, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for November 22, 2021 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

   IT IS SO ORDERED.

MINUTES FORM 90                                                 Initials of Deputy Clerk   rs
CIVIL - GEN

-1-