Felipa R. Richland, SBN 112458
**RICHLAND & ASSOCIATES**
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Tel: (805) 267-1178 | Fax: (805) 267-1101
felipa@richlandlaw.net

JS-6

Attorney for Plaintiff, FREDERICK McSWEENEY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK F. McSWEENEY, <br><br> Plaintiff, <br><br> vs. <br><br> YGRENE ENERGY FUND, INC.; et al. and DOES 1 through 20, Inclusive, <br><br> Defendants. | CASE NO.: 2:19-cv-05509-MWF (PJW) <br><br> HON. MICHAEL W. FITZGERALD <br><br> **STIPULATED JUDGMENT** |
| REYNALDO ADONAY FRANCO, an Individual *dba* Franco Construction, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> CALI ONE SERVICES, INC., a California Corporation, and ROES 1-10, inclusive, <br><br> Third-Party Defendant. | |

Exhibit 'A' to Settlement Agreement         1

TO: THE HONORABLE COURT, PARTIES AND COUNSEL OF RECORD:

**STIPULATED JUDGMENT**

FREDERICK F. McSWEENEY and CALI ONE SERVICES, INC. hereby stipulate to this court's continuing jurisdiction over them, and therefore stipulate as follows:

WHEREAS, on September 30, 2021 the parties hereto entered into a settlement agreement (hereafter referred to as the "SA") concerning a complete resolution of the action and third party action in the above-referenced matter;

WHEREAS, the SA required payment of $75,000.00 to plaintiff by CALI ONE SERVICES, Inc. in full on a payment schedule;

WHEREAS, CALI ONE SERVICES, Inc. has agreed to entry of this Stipulated Judgment in the event of default in the payments due under the SA;

WHEREAS, CALI ONE SERVICES, Inc. agrees that this judgment is non-dischargeable in any bankruptcy proceeding and that the facts giving rise to the action fall within the exclusion of dischargeable debt;

WHEREAS, CALI ONE SERVICES, Inc. has defaulted and by agreement, said default has resulted in the filing of this Stipulated Judgment and concurrently filed Stipulated Entry of Judgment; and

THAT Judgment shall now be entered against CALI ONE SERVICES, Inc. in the amount of $ 75,000.00, the balance due as of the date of default on 11/01/2022, plus interest at the legal rate of 7% accruing from the date of default, ~~in the amount of $==========, for the total amount of $==================~~.

THEREFORE, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, as follows:

1. Judgment is rendered in favor of FREDERICK F. McSWEENEY, an Individual and against CALI ONE SERVICES, Inc. in the amount of $ 75,000.00, plus interest ~~in the amount of $==========, for a total of $=====================~~ at the legal rate of 7% accruing from the date of default.

///

Exhibit 'A' to Settlement Agreement        2

2. The parties respective attorney's fees and costs incurred in connection with this action shall be borne as per the agreement of the individual parties in their Settlement Agreement.

3. This Court will retain continuing jurisdiction over this cause to enforce the terms of this Consent Judgment and the Settlement Agreement between the parties, and will retain continuing jurisdiction over the parties.

4. This Judgment shall be deemed to have been served upon Defendant at the time of its execution by the Court.

5. Counsel represent they have the authorization of their respective clients to execute this Stipulated Judgment.

This Order is effective nunc pro tunc as of January 23, 2023.

**IT IS SO ORDERED.**

DATED: __February 10, 2023__

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM AND CONTENT.

DATED: September 30, 2021          LAW OFFICES OF ROLAND R. TIJERINA

_____
ROLAND R. TIJERINA, ESQ., Attorney for
CALI ONE SERVICES, INC.

DATED: September 30, 2021          RICHLAND & ASSOCIATES

_____
FELIPA R. RICHLAND, ATTORNEY FOR
FREDERICK F. MCSWEENEY

Exhibit 'A' to Settlement Agreement          3

FELIPA R. RICHLAND, SBN 112458
**RICHLAND & ASSOCIATES**
2625 TOWNSGATE ROAD, SUITE 330
WESTLAKE VILLAGE, CALIFORNIA 91361
TEL: (805) 267-1178 | FAX: (805) 267-1101
*felipa@richlandlaw.net*

Attorney for Plaintiff, FREDERICK McSWEENEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK F. McSWEENEY, | CASE NO.: 2:19-cv-05509-MWF (PJW) |
| Plaintiff, | HON. MICHAEL W. FITZGERALD |
| vs. | **STIPULATED REQUEST FOR ENTRY OF JUDGMENT** |
| YGRENE ENERGY FUND, INC.; et al. and DOES 1 through 20, Inclusive, | |
| Defendants. | |
| REYNALDO ADONAY FRANCO, an Individual *dba* Franco Construction, | |
| Third-Party Plaintiff, | |
| vs. | |
| CALI ONE SERVICES, INC., a California Corporation, and ROES 1-10, inclusive, | |
| Third-Party Defendant. | |

Exhibit 'A' to Settlement Agreement            1

1  The undersigned counsel of record for plaintiff FREDERICK F. McSWEENEY, an
2  individual and CALI ONE SERVICES, INC., hereby file this Stipulated Request for Entry
3  of Stipulated Judgment.

5  DATED: September 30, 2021        LAW OFFICES OF ROLAND R. TIJERINA

                                    ROLAND R. TIJERINA, ESQ., ATTORNEY FOR
                                    CALI ONE SERVICES, INC.

10 DATED: September 30, 2021        RICHLAND & ASSOCIATES

                                    FELIPA R. RICHLAND, ATTORNEY FOR
                                    FREDERICK F. MCSWEENEY

Exhibit 'A' to Settlement Agreement        2